## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:                                                                                               CASE NO.: 18-30059-KKS
                                                                                                   CHAPTER 13

ANDREW CHARLES WICKHAM
KEISHA MORINE WICKHAM

      Debtors                        /

## CHAPTER 13 TRUSTEE'S
## OBJECTION(S) TO CONFIRMATION OF
## CHAPTER 13 PLAN (DOC. 6)

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' Chapter 13 Plan (Doc. 6) for the following reasons:

1. According to the Debtor(s)' Form 122C-1 statement, the applicable commitment period is five (5) years, and the Debtor(s)' Plan term is sixty (60) months.

2. The Plan provides an approximate distribution of forty percent (40%).

3. The Trustee objects to payment for a luxury item (2015 Husqvarna TC250 Dirt Bike valued at $2,000.00) while providing a distribution of forty percent (40%) on $54,859.00 in unsecured debt. Further, it appears the loan pays out early and the funds are not dedicated to the Plan.

4. The Debtor(s) has failed to provide copies of the United States Income Tax Returns for the two (2) years preceding the date of filing to the Chapter 13 Trustee.

5. The Trustee objects to the following expense categories and accompanying excess expense amounts as exceeding the amount allowable on Form 122C-1 for either an above-median debtor, or as being reasonable and/or necessary for a Schedule "I" and Schedule "J" debtor. The Trustee's objections may be rendered moot if the Debtor(s)' Plan is amended to pay all allowable unsecured claims in full:

   a. Food and housekeeping supplies - $400.00, which is the amount the expense appears to be overstated, as the Trustee does not believe $1,400.00 is reasonable and/or necessary for a household of four (4);

   b. Transportation/Vehicle Insurance Expense - $300.00, which is the amount the expense appears to be overstated, as the Trustee does not believe $570.00 per month is reasonable and/or necessary and has not been provided with documentation to verify said expense.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
  OFFICE OF CHAPTER 13 TRUSTEE
  POST OFFICE BOX 646
  TALLAHASSEE, FL 32302
  ldhecf@earthlink.net
  (850) 681-2734 "Telephone"
  (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to the persons/entities listed on the attached Exhibit "A", on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
 OFFICE OF CHAPTER 13 TRUSTEE

January 31, 2018

EXHIBIT "A"

ANDREW CHARLES WICKHAM
8710 BYROM CAMPBELL RD.
PACE, FL 32571

KEISHA MORINE WICKHAM
8710 BYROM CAMPBELL RD.
PACE, FL 32571

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

U.S. DEPARTMENT OF JUSTICE
CHRISTOPHER P. CANOVA
UNITED STATES ATTORNEY
111 N. ADAMS STREET, 4TH FLOOR
TALLAHASSEE, FL 32301

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. ATTORNEY
KRISTEN A. FIORE
ASSISTANT UNITED STATES ATTORNEY
21 EAST GARDEN STREET, SUITE 400
PENSACOLA, FL 32502

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. ATTORNEY
KAREN K. WONG
ASSISTANT UNITED STATES ATTORNEY
21 EAST GARDEN STREET, SUITE 400
PENSACOLA, FL 32502

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
950 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20530

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
BANKRUPTCY SPECIALIST
400 W. BAY STREET, M/S 5720
JACKSONVILLE, FL 32202

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
BANKRUPTCY SPECIALIST
400 W. BAY STREET, M/S 5730
JACKSONVILLE, FL 32202

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P. O. BOX 7317
PHILADELPHIA, PA 19101-7317

U.S. DEPARTMENT OF THE TREASURY
JACOB J. LEW
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20220

THE DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20220